UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| YVONNE R. TYSON, | Civil No. C11-1023-JLR-MAT |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

Defendant shall have up to and including Dec 28, 2011, to file a Response to Platiniff's Complaint.

DATED this <u>1st</u> day of December, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov