# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| YVONNE R TYSON, | Civil No. C11-1023-JLR-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 8, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including March 22, 2012, to file a reply brief.

DATED this 13th day of February, 2012.

Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [C11-1023-JLR -MAT]

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov